UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARTIN SORLIEN,

                Petitioner,

                                          CASE NO. 07-CV-13746
v.                                 HONORABLE VICTORIA A. ROBERTS

PERCY CONERLY,

                Respondent.

_____/

## ORDER DENYING PETITIONER'S MOTION
## FOR APPOINTMENT OF COUNSEL

       This matter is before the Court on Petitioner's motion for appointment of counsel in this habeas action.  Petitioner has no absolute right to be represented by counsel on federal habeas corpus review.  *See Abdur-Rahman v. Michigan Dept. of Corrections*, 65 F.3d 489, 492 (6th Cir. 1995); *see also Wright v. West*, 505 U.S. 277, 293 (1992) (citing *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987)).  "'[A]ppointment of counsel in a civil case is . . . a matter within the discretion of the court.  It is a privilege and not a right.'"  *Childs v. Pellegrin*, 822 F.2d 1382, 1384 (6th Cir. 1987) (quoting *United States v. Madden*, 352 F.2d 792, 793 (9th Cir. 1965)).

       Petitioner has submitted his habeas petition in support of his claims.  Respondent has not yet filed an answer to the petition.  Upon a preliminary review of the pleadings, the Court finds that neither an evidentiary hearing nor discovery are necessary at this time, and the interests of justice do not require appointment of counsel.  *See* 18 U.S.C. § 3006A(a)(2)(B); 28 U.S.C. foll. § 2254, Rules 6(a) and 8(c).  Accordingly, the Court **DENIES** Petitioner's motion for appointment

1

of counsel.  If the Court finds that appointment of counsel is necessary upon further

consideration of this matter, it will enter an appropriate order.  Petitioner need not file an

additional motion concerning this issue.

       **SO ORDERED.**


                             **S/Victoria A. Roberts**

                             **Victoria A. Roberts**

                             **United States District Judge**

**Dated:  October 3, 2007**

| |
|---|
| The undersigned certifies that a copy of this document was served on the attorneys of record and pro se petitioner by electronic means or U.S. Mail on October 3, 2007.<br><br>s/Carol A. Pinegar<br>Deputy Clerk |