UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


MARTIN SORLIEN,

          Petitioner,

                                        CASE NO. 07-CV-13746
v.                                    HONORABLE VICTORIA A. ROBERTS

PERCY CONERLY,

          Respondent.

_____/

## ORDER DENYING PETITIONER'S MOTION
## FOR APPOINTMENT OF COUNSEL

      This matter is before the Court on Petitioner's motion for appointment of counsel in this

habeas action. Petitioner has no absolute right to be represented by counsel on federal habeas

corpus review. *See Abdur-Rahman v. Michigan Dept. of Corrections*, 65 F.3d 489, 492 (6th Cir.

1995); *see also Wright v. West*, 505 U.S. 277, 293 (1992) (citing *Pennsylvania v. Finley*, 481

U.S. 551, 555 (1987)). "'[A]ppointment of counsel in a civil case is . . . a matter within the

discretion of the court. It is a privilege and not a right.'" *Childs v. Pellegrin*, 822 F.2d 1382,

1384 (6th Cir. 1987) (quoting *United States v. Madden*, 352 F.2d 792, 793 (9th Cir. 1965)).

      Petitioner has submitted his habeas petition in support of his claims. Respondent has not

yet filed an answer to the petition. Upon a preliminary review of the pleadings, the Court finds

that neither an evidentiary hearing nor discovery are necessary at this time, and the interests of

justice do not require appointment of counsel. *See* 18 U.S.C. § 3006A(a)(2)(B); 28 U.S.C. foll. §

2254, Rules 6(a) and 8(c). Accordingly, the Court **DENIES** Petitioner's motion for appointment

of counsel.  If the Court finds that appointment of counsel is necessary upon further consideration of this matter, it will enter an appropriate order.  Petitioner need not file an additional motion concerning this issue.

**SO ORDERED.**


**S/Victoria A. Roberts** _____

**Victoria A. Roberts**

**United States District Judge**

**Dated:  October 3, 2007**

| |
|---|
| **The undersigned certifies that a copy of this document was served on the attorneys of record and pro se petitioner by electronic means or U.S. Mail on October 3, 2007.**<br><br>**s/Carol A. Pinegar** _____<br>**Deputy Clerk** |